UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.D.,

Petitioner,

-against-

MARKWAYNE MULLIN, in his official capacity
as Secretary of the U.S. Department of Homeland
Security; TODD BLANCHE, in his official
capacity as Acting Attorney General of the United
States; TODD LYONS, in his official capacity as
Acting Director of the U.S. Immigration and
Customs Enforcement; WILLIAM JOYCE, in his
official capacity as Acting New York Deputy Field
Office Director for U.S. Immigration and Customs
Enforcement; and JOSEPH EDLOW, in his official
capacity as Director of U.S. Citizenship and
Immigration Services,

Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/17/2026

26 Civ. 4102 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: May 17, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge