UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/17/2026
```

A.D.,

                              Petitioner,

            -against-                                26 Civ. 4102 (AT)

MARKWAYNE MULLIN, in his official               **ORDER TO SHOW CAUSE**
capacity as Secretary of the U.S. Department of
Homeland Security; TODD BLANCHE, in his
official capacity as Acting Attorney General of
the United States; TODD LYONS, in his official
capacity as Acting Director of the U.S.
Immigration and Customs Enforcement;
WILLIAM JOYCE, in his official capacity as
Acting New York Deputy Field Office Director
for U.S. Immigration and Customs Enforcement;
and JOSEPH EDLOW, in his official capacity as
Director of U.S. Citizenship and Immigration
Services,

                              Respondents.

ANALISA TORRES, District Judge:

        The Court is in receipt of Petitioner's application for a writ of habeas corpus under 28
U.S.C. § 2241.  *See* ECF No. 1.  The Court ORDERS as follows:

   1. By **May 18, 2026**, Respondents shall:
        a. confirm that Petitioner remains detained within this District, the Eastern District
           of New York, or the District of New Jersey, in compliance with the Court's
           administrative stay order; and
        b. file a letter addressing: (1) the statutory basis for Petitioner's detention; and
           (2) whether 8 U.S.C. § 1232 prohibits Petitioner's continued detention by
           Immigration and Customs Enforcement ("ICE").

2. By **May 19, 2026,** Respondents shall file an answer.

3. By **May 21, 2026**, Petitioner shall file a reply, if any.

      The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this order.

      SO ORDERED.

Dated: May 17, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge

2