UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.D.,<br><br>              Petitioner,<br><br>         v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; TODD LYONS, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement; WILLIAM JOYCE, in his official capacity as Acting New York Deputy Field Office Director for U.S. Immigration and Customs Enforcement; and JOSEPH EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services;<br><br>              Respondents. | 26-CV-4102 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record at today's hearing, the Clerk of Court is respectfully directed to transfer this case to the Western District of Pennsylvania. Local Civil Rule 83.1 directs the Clerk of Court to effectuate any transfer "upon the expiration of seven days" "unless ordered otherwise." Due to the emergency nature of this habeas petition, the Court further directs the Clerk of Court to effectuate the transfer of this case as soon as practicable. The motion pending at Docket No. 12 shall be closed.

SO ORDERED.

Dated:    May 26, 2026
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge